IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MARIELA PEREZ, *on behalf of herself and all others similarly situated*, | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:19-CV-724-RP |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C., and MVBA, LLC | § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Plaintiff Mariela Perez's ("Perez") unopposed motion for approval of class notice and schedule. (Dkt. 85). The Court will grant this motion.

Accordingly, **IT IS ORDERED** that Defendant McCreary, Veselka, Bragg & Allen, P.C. shall provide Perez with a list of the names and addresses of the class members on or before **September 10, 2021**.

**IT IS FURTHER ORDERED** that the class notice, (Dkt. 85-2), shall be mailed to the class members on or before **October 1, 2021**.

**IT IS FINALLY ORDERED** that the class members shall opt-out or intervene on or before **December 1, 2021**.

**SIGNED** on August 31, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1