# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 11, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 21-90042   Perez v. McCreary Veselka
                  USDC No. 1:19-CV-724

Enclosed is an order entered in this case.


                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Mary Frances Yeager, Deputy Clerk
                              504-310-7686

Ms. Jeannette Clack
Mr. Brent Allen Devere
Mr. Eugene Xerxes Martin

Case 1:19-cv-00724-RP Document 158 Page 1 of 2 Date Filed: 10/12/2021



# United States Court of Appeals
# for the Fifth Circuit

**A True Copy**
**Certified order issued Oct 11, 2021**

*Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

No. 21-90042

United States Court of Appeals
Fifth Circuit
**FILED**
October 12, 2021
Lyle W. Cayce
Clerk

MARIELA PEREZ, *on behalf of* HERSELF AND ALL OTHERS SIMILARLY SITUATED,

*Plaintiff—Respondent*,

*versus*

MCCREARY, VESELKA, BRAGG AND ALLEN, P.C.; MVBA, L.L.C., *formerly known as* MCCREARY, VESELKA, BRAGG & ALLEN, L.L.C.,

*Defendants—Petitioners*.

_____

Motion for Leave to Appeal
under FED. R. CIV. P. 23(F)
USDC No. 1:19-CV-724

_____

Before SMITH, HIGGINSON, and WILLETT, *Circuit Judges*.

PER CURIAM:

    IT IS ORDERED that the opposed motion for leave to appeal under FED. R. CIV. P. 23(F) is GRANTED.