IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MARIELA PEREZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:19-CV-724-RP |
| | § | |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C. and MVBA, LLC, | § | |
| | § | |
| Defendants. | § | |

### ORDER

Defendants appealed this Court's Order, (Dkt. 84), on Plaintiff's Motion to Certify Class, (Dkt. 71), on October 12, 2021, (Dkt. 90). After considering Defendants' interlocutory appeal, the Fifth Circuit issued the mandate and a copy of its opinion on September 6, 2022. (Dkt. 95). In its opinion, the Fifth Circuit concluded that Plaintiff has not suffered a concrete injury-in fact and thus does not have standing to bring a suit for either damages or a declaratory judgment. (Dkt. 95, at 13, 14–15). The Fifth Circuit vacated this Court's order certifying class, (Dkt. 84), and remanded to this Court with instructions to "dismiss for want of jurisdiction." (Dkt. 95, at 15).

Accordingly, **IT IS ORDERED** that the case is **DISMISSED** for lack of jurisdiction.

The Court will enter final judgment by separate order.

**SIGNED** on September 28, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE