IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MARIELA PEREZ, <br><br>  Plaintiff, <br><br> v. <br><br> McCREARY, VESELKA, BRAGG & ALLEN, P.C. <br><br>  Defendant. | § § § § § § § § § § § § | 1:19-CV-724-RP |

## FINAL JUDGMENT

On September 28, 2022, the Court issued an order dismissing this case for want of jurisdiction, per the Fifth Circuit's instructions, (Dkt. 95, at 15). (Dkt. 96). On that date, the Court inadvertently omitted a Final Judgment order.

As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS ORDERED** that that each party bear its own costs.

**SIGNED** on October 18, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE